# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYNE SHETTERLY, derivatively on behalf of DOCGO INC., | |
| Plaintiff, | Civil Action No.: 1:24-cv-01006-RGA |
| v. | |
| LEE BIENSTOCK, MICHAEL BURDIEK, ANTHONY CAPONE, STEVEN KATZ, VINA LEITE, ANDRE OBERHOLZER, NORMAN ROSENBERG, IRA SMEDRA, ELY D. TENDLER, JAMES M. TRAVERS, and STAN VASHOVSKY, | |
| Defendants, | |
| -and- | |
| DOCGO INC., | |
| Nominal Defendant. | |

## STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) and 23.1(c)

**WHEREAS**, plaintiff Ryne Shetterly ("Plaintiff") commenced a stockholder derivative action on behalf of DocGo, Inc. ("DocGo" or the "Company"), *Shetterly v. Bienstock et al.*, No. 1:24-cv-04155 (S.D.N.Y.) on May 30, 2024;

**WHEREAS**, the United States District Court for the Southern District of New York transferred this action to this Court on August 29, 2024 (D.I. 8);

**WHEREAS**, Defendants[1] and Plaintiff (collectively, the "Parties") filed a Stipulation to Stay Derivative Action (the "Stay Stipulation") on November 4, 2024 (D.I. 16);

---

[1] "Defendants" refers to Lee Bienstock, Michael Burdiek, Anthony Capone, Steven Katz, Vina Leite, Andre Oberholzer, Norman Rosenberg, Ira Smedra, Ely D. Tendler, James M. Travers, Stan Vashovsky, and nominal defendant, DocGo.

**WHEREAS**, the Court issued an Oral Order on November 4, 2024 rejecting the Stay Stipulation and directing Defendants to file a responsive pleading or a motion to dismiss with an opening brief on or before December 2, 2024;

**WHEREAS**, the Parties have met and conferred regarding how to best proceed;

**WHEREAS**, Plaintiff has determined to voluntarily dismiss the Action in order to pursue his remedies under Delaware state law;

**WHEREAS**, Defendants have filed neither an answer nor a motion for summary judgment in the Action;

**WHEREAS**, neither Plaintiff nor his counsel have received or been promised any consideration in exchange for dismissal of the Action;

**WHEREAS**, the rights of the Company and stockholders will not be adversely affected, nor prejudiced by dismissal of the Action without prejudice because of Plaintiff's determination to pursue remedies under Delaware State law;

**WHEREAS**, DocGo does not object to Plaintiff's request for voluntary dismissal.

**THEREFORE, THE PARTIES STIPULATE, SUBJECT TO COURT APPROVAL:**

1. Plaintiff dismisses the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) and 23.1(c);

2. Notice to the stockholders pursuant to Fed. R. Civ. P. 23.1 is unnecessary because no answer or motion for summary judgment has been filed; neither Plaintiff nor his counsel have received or been promised any consideration in exchange for the dismissal; there has been no settlement or compromise of any claims; and the rights of the Company and stockholders will not be adversely affected, nor prejudiced by the dismissal of the Action without prejudice.

Dated: November 25, 2024

| | |
|---|---|
| | **DELEEUW LAW LLC** |
| **Of Counsel:** | /s/ P. Bradford deLeeuw |
| | P. Bradford deLeeuw (DE Bar No. 3569) |
| **BRAGAR EAGEL & SQUIRE, P.C.** | 1301 Walnut Green Road |
| Melissa A. Fortunato | Wilmington, DE 19807 |
| Gabriela A. Cardé | Telephone: (302) 274-2180 |
| 810 7th Avenue, Suite 620 | brad@deleeuwlaw.com |
| New York, NY 10019 | |
| Telephone: (212) 308-5858 | *Counsel for Plaintiff Ryne Shetterly* |
| Fax: (212) 214-0506 | |
| Email: fortunato@bespc.com | |
| Email: carde@bespc.com | |
| | |
| Badge Humphries | |
| 2113 Middle Street, Suite 305 | |
| Sullivan's Island, SC 29482 | |
| Telephone: (843) 883-7424 | |
| Email: humphries@bespc.com | |
| | |
| | **MORRIS, NICHOLS, ARSHT & TUNNEL LLP** |
| **Of Counsel:** | /s/ Elise Wolpert |
| | John P. DiTomo (DE Bar No. 4850) |
| **GIBSON, DUNN & CRUTCHER LLP** | Elise Wolpert (DE Bar No. 6343) |
| Jason J. Mendro | 1201 N Market Street, 16th Floor |
| Lissa M. Percopo | PO Box 1347 |
| 1700 M Street, N.W. | Wilmington, DE 19899 |
| Washington, DC 20036 | Telephone: (302) 351-9329 |
| Telephone: (202) 955-8500 | Fax: (302) 658-3989 |
| Email: jmendro@gibsondunn.com | Email: jditomo@morrisnichols.com |
| Email: lpercopo@gibsondunn.com | Email: ewolpert@morrisnichols.com |
| | |
| **FINN DIXON & HERLING LLP** | *Counsel for Defendants Lee Bienstock, Michael Burdiek, Steven Katz, Vina Leite, Andre Oberholzer, Norman Rosenberg, Ira Smedra, Ely D. Tendler, James M. Travers, Stan Vashovsky, and Nominal Defendant DocGo Inc.* |
| Evan I. Cohen | |
| Six Landmark Square | |
| Stamford, CT 06901-2704 | |
| Telephone: (203) 325-5000 | |
| Fax: (203) 325-5001 | |
| Email: ecohen@fdh.com | |

|  |  |
|---|---|
| **Of Counsel:** | ROSS ARONSTAM & MORITZ LLP |
|  | /s/ *S. Michael Sirkin* |
| **FINN DIXON & HERLING LLP** | S. Michael Sirkin (DE Bar No. 5389) |
|  | 1313 North Market Street, Suite 1001 |
| Evan I. Cohen | Wilmington, DE 19801 |
| Six Landmark Square | Telephone: (302) 576-1606 |
| Stamford, CT 06901-2704 | Fax: (302) 576-1100 |
| Telephone: (203) 325-5000 | Email: msirkin@ramllp.com |
| Fax: (203) 325-5001 |  |
| Email: ecohen@fdh.com | *Counsel for Defendant Anthony Capone* |

IT IS SO ORDERED this _____ day of _____, 2024.

_____
Honorable Richard G. Andrews
United States District Court Judge